JS-6

Robert F. Tyson, Jr. Esq. (SBN 147177)
rtyson@tysonmendes.com
Kristi Blackwell, Esq. (SBN 253967)
kblackwell@tysonmendes.com
Christopher H. Schon, Esq. (SBN 291498)
cschon@tysonmendes.com
TYSON & MENDES LLP
5661 La Jolla Boulevard
La Jolla, CA 92037
Phone (858) 459-4400
Fax (858) 459-3864

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASILIKI CADENA, an individual; JOSE CADENA, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION; and DOES 1 to 50, inclusive; <br><br> Defendants. | Case No. 5:21-cv-00245-JWH-KKx <br><br> **ORDER RE: REMANDING ACTION BACK TO STATE COURT** |

|   |   |
|---|---|
| 1 | The Court having reviewed the parties' Stipulation to Remand the Action |
| 2 | Back to State Court, and good cause appearing, **ORDERS** as follows: |
| 3 |     1.    The Parties' stipulation is **APPROVED**. |
| 4 |     2.    Central District of California case number 5:21-cv-00245-JWH-KK |
| 5 | VASILIKI CADENA and JOSE CADENA v. COSTCO WHOLESALE |
| 6 | CORPORATION, is hereby **REMANDED** to Riverside County Superior Court, |
| 7 | Civil Division. |
| 8 | **IT IS SO ORDERED.** |

Dated: June 9, 2021

/s/ John W. Holcomb
John W. Holcomb
UNITED STATES DISTRICT JUDGE